Same case below, 375 Fed. Appx. 915.

Same case below, 383 Fed. Appx. 662.

**No. 10-557. Wael Mohamed Abdel-Latif, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 935, 131 S. Ct. 2092, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3072.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 390 Fed. Appx. 322.

**No. 10-629. Youn Mun Hee, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 935, 131 S. Ct. 2093, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 2988.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-646. Brandon Wade Hein, et al., Petitioners v. William Joseph Sullivan, Warden, et al.**

563 U.S. 935, 131 S. Ct. 2093, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3118.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 601 F.3d 897.

**No. 10-771. Nilson Herney Valencia-Riascos, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 935, 131 S. Ct. 2093, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3087.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-783. Rosendo Benito Rangel-Perez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 935, 131 S. Ct. 2094, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3029.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-801. Jose Valle, Individually and as Representative of the Estate of Omar Esparza, et al., Petitioners v. City of Houston, Texas.**

563 U.S. 935, 131 S. Ct. 2094, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3150.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 613 F.3d 536.

**No. 10-857. Orange County, California, et al., Petitioners v. Deanna Fogarty-Hardwick.**

563 U.S. 936, 131 S. Ct. 2095, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3014.

April 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 10-869. David Roland Hinkson, Petitioner v. United States.**

563 U.S. 936, 131 S. Ct. 2096, 179 L. Ed. 2d 890, 2011 U.S. LEXIS 3098.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.